UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MIGUEL A. MARTINEZ CRUZ,<br><br>Plaintiff,<br><br>v.<br><br>FIRST ADVANTAGE BACKGROUND SERVICES CORP., and EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>Defendants. | **Case No.:** 3:23-cv-00517-RNC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT FIRST ADVANTAGE BACKGROUND SERVICES CORP.** |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Miguel A. Martinez Cruz and Defendant First Advantage Background Services, Corp., by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as there are no remaining Defendants.

RESPECTFULLY SUBMITTED this 22nd day of March 2024.

*/s/ McKenzie Czabaj*
McKenzie Czabaj, CT31489
**Consumer Attorneys, PLC**
8245 North 85th Way
Scottsdale, Arizona 85258
T: (480) 626-2376
E: mczabaj@consumerattorneys.com

Yaakov Saks, Esq., Bar No. 030021
**Stein Saks, PLLC**
One University Plaza, Suite 620
Hackensack, NJ 07601
T: 201-282-6500; Ext: 101
E: ysaks@steinsakslegal.com

*Attorney for Plaintiff*
*Miguel A. Martinez Cruz*

*/s/ Jason A. Spak*
Jason A. Spak
**FisherBroyles, LLP**
6360 Broad Street - #5262
Pittsburgh, Pennsylvania 15206
T: (412) 230-8555
E: jason.spak@fisherbroyles.com

*Attorneys for Defendant*
*First Advantage Background Services Corp.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2024, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**CONSUMER ATTORNEYS**

By: */s/ Gracelyn Stewart*
Gracelyn Stewart